Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff Valerie Brooks and the Putative Class*

STEPHEN G. PREONAS (SBN 245334)
KATZOFF & RIGGS LLP
1801 Century Park East, 25th Floor
Los Angeles, CA 90076
Telephone: 310-226-7843
spreonas@katzoffriggs.com

*Attorneys for Defendant Lush Cosmetics, LLC.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>LUSH COSMETICS, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01221-TLN-CKD<br><br>*Assigned for all purposes to Hon. Judge Troy L. Nunley*<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Valerie Brooks ("Plaintiff"), and Defendant Lush Cosmetics, LLC. ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice in its entirety in the above-entitled action.  Each party shall bear his or its own costs, experts' fees, and attorneys' expenses.

**IT IS SO STIPULATED.**

DATED: September 30, 2020                Respectfully submitted,

                                                               WILSHIRE LAW FIRM

                                                               By: */s/ Thiago M. Coelho*
                                                                 Thiago M. Coelho
                                                                 *Attorney for Plaintiff Valerie Brooks*

DATED: September 30 2020                 KATZOFF & RIGGS LLP

                                                               By: */s/ Stephen G. Preonas*
                                                                 Stephen G. Preonas
                                                                *Attorneys for Defendant Lush Cosmetics, LLC.*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), Thiago M. Coelho, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 30, 2020         By:  /s/ *Thiago M. Coelho*
                                        Thiago M. Coelho